IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| J. GREG HORINEK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 24-1171-KHV |
| | ) | |
| SPIRIT AEROSYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion In Limine (Doc. #90) filed November 17, 2025. For reasons stated below, the Court sustains plaintiff's motion in part.

The requests in paragraphs 1, 2, 3 and 4 are sustained because they are unopposed and/or are too remote in time to be probative, given potential concerns under Rule 403 of the Federal Rules of Evidence.

The request in paragraph 5 is overruled. Defendant may cross-examine plaintiff about his prior statements regarding issues in this lawsuit because his statements are relevant to credibility, damages, etc., and do not appear to run afoul of Rule 403.

The request in paragraph 6 is sustained because the amount of back pay which plaintiff received is irrelevant. The parties shall prepare a draft stipulation that plaintiff was reinstated and received backpay.

As to paragraph 7, the Court reserves ruling on the relevance of plaintiff's 2023 tax return. Depending on the damages which plaintiff seeks, the tax return may become relevant.

As to paragraph 8, concerning the texts about Ivan Quintanar, the motion is overruled. Such texts are relevant to plaintiff's retaliation claim, as they bear on his good faith in

reports to Spirit and law enforcement.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion In Limine (Doc. #90) filed November 17, 2025 is **SUSTAINED** as to paragraphs 1, 2, 3, 4 and 6 and **OVERRULED** as to paragraphs 5 and 8. The Court reserves ruling as to paragraph 7.

Dated this 3rd day of December, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge